**Joseph H. Free, appellee, v. The Successful Merchant, appellant. Gen. No. 33,026.**

 Opinion filed December 21, 1928.

Cavender & Milchrist, for appellant. M. V. Minahan, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

**Lewis A. Stebbins et al., appellees, v. R. B. Ballard & Company, appellant. Gen. No. 32,790.**

 Opinion filed December 31, 1928. Rehearing denied January 11, 1929.

Brown, Wiggenhorn & Davis, Babcock, Worthy & Gilruth and W. H. Holly, for appellant. Elmer D. Brothers, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

**John Hammar and John J. Kern, appellants, v. Samuel G. Cherman, appellee. Gen. No. 32,801.**

 Opinion filed December 31, 1928.

Joseph G. Sheldon, for appellants. I. E. Korn, for appellee; Clyde C. Fisher, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

**Barrington Packing & Provision Company, appellee, v. Jourdan Packing Company, appellant. Gen. No. 32,810.**

Opinion filed December 31, 1928. Rehearing denied January 11, 1929.

A. F. W. Siebel, for appellant. Frank H. Partridge, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.